[No. 60211-0-I.   Division One.   October 20, 2008.]

KENNETH SALVINI ET AL., *Respondents*, v. SKI LIFTS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-13652-9, Laura C. Inveen, J., entered May 31, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 61363-4-I.   Division One.   October 20, 2008.]

VALERI SEXTON ET AL., *Appellants*, v. KENNY L. BROWN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 06-2-01325-8, Susan K. Cook, J., entered February 22, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Becker and Leach, JJ.

[No. 35186-2-II.   Division Two.   October 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN T. SCHREIBER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-01663-1, Robert L. Harris, J., entered July 27, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 35657-1-II.   Division Two.   October 21, 2008.]

*In the Matter of the Personal Restraint of* JOHNATHON MONTA, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.